1

2

3  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
4  AT SEATTLE

5  GREGORY AMICK and COREY AMICK,

6           Plaintiffs,

7      v.                                      C17-1613 TSZ

8  CONVERGENT OUTSOURCING, INC.,              MINUTE ORDER

9           Defendant.

10

        The following Minute Order is made by direction of the Court, the Honorable
11  Thomas S. Zilly, United States District Judge:

12      (1)    Plaintiffs' motion to extend the deadline to reopen this case, docket no. 18,
    is RENOTED to May 18, 2018. The certificate of service attached to plaintiffs' motion
13  indicates that it was "served" via the Court's Case Management and Electronic Case
    Filing ("CM/ECF") system. Defendant, however, never answered the complaint, and no
14  attorney has appeared on defendant's behalf, so the CM/ECF system is not an effective
    means of serving papers on defendant. If the parties perfect their settlement by May 13,
15  2018, as plaintiffs anticipate, then plaintiffs shall withdraw their motion to extend the
    deadline to reopen this case. On the other hand, if the settlement is not perfected by such
16  date and plaintiffs wish to proceed forward with their motion, they shall arrange for
    service of their motion on defendant and file proof of such service on or before May 18,
17  2018.

18      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
    record.

19      Dated this 27th day of April, 2018.

20

21                                          William M. McCool
                                            Clerk

22                                          s/Karen Dews
                                            Deputy Clerk

23