UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY AMICK and COREY AMICK,

Plaintiffs,

v.

CONVERGENT OUTSOURCING, INC.,

Defendant.

C17-1613 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' notice of dismissal, docket no. 20, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), is treated as a withdrawal of their motion to extend the deadline to reopen this case.[1] Plaintiffs' motion for extension, docket no. 18, is STRICKEN as moot, and this case remains closed pursuant to the Order of dismissal entered February 16, 2018, docket no. 17.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Convergent Outsourcing, Inc., c/o Ausia Stephens, 800 SW 39th Street, Renton, WA 98057, and astephens@convergentusa.com.

Dated this 2nd day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] In filing their notice, plaintiffs have again inappropriately relied on the Case Management and Electronic Case Filing system to effect service on defendant, on whose behalf no attorney has yet appeared. *See* Minute Order (docket no. 19).

MINUTE ORDER - 1